

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

IN THE INTEREST OF M.L.G.,
  A CHILD.

§          No. 08-15-00174-CV

§          Appeal from

§          388th District Court

§          of El Paso County, Texas

§          (TC # 2007AG060)

## <u>**MEMORANDUM OPINION**</u>

This appeal is before the Court to determine whether it should be dismissed for want of jurisdiction. Appellant, Eric A. Tillotson, filed a *pro se* notice of appeal related to the trial court's order setting a hearing on a motion to transfer. The clerk of the trial court filed a docketing certificate reflecting that there is no appealable order or judgment. On June 3, 2015, the Court provided notice to Appellant of its intent to dismiss the appeal for lack of jurisdiction because it appears there is no final judgment or appealable order. *See* TEX.R.APP.P. 42.3. Appellant has not filed any response showing that the Court has jurisdiction.

It is well settled that appellate courts have jurisdiction over final judgments and interlocutory orders made appealable by statute. *Lehmann v. Har-Con Corporation*, 39 S.W.3d 191, 195 (Tex. 2001); TEX.CIV.PRAC.&REM.CODE ANN. § 51.014 (West 2015)(authorizing appeals from certain interlocutory orders). A final judgment is one that disposes of all pending parties and claims. *See Lehmann*, 39 S.W.3d at 195. Finding there is no final judgment or

appealable order, we dismiss the appeal for lack of jurisdiction.


July 8, 2015

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.